IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02062-WYD-KMT

APRIL EUSEPI,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Settlement filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 13, 2014, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, without costs to any party.

Dated:  October 14, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge